# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| THE CALLAWAY BANK, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-04159-MJW |
| ) | U.S. Magistrate Judge |
| v. ) | Matt J. Whitworth |
| ) | |
| BANK OF THE WEST, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the above-captioned action, with prejudice, the entire subject thereof having been fully compromised and settled. The Parties will bear their respective costs, expenses and attorney's fees incurred herein.

**Dated:** 1 April, 2014.

Respectfully submitted,

McDOWELL RICE SMITH & BUCHANAN

By: */s/ Hugh L. Marshall*
James F.B. Daniels, MO Bar #30003
Michael J. Gorman, MO Bar #33967
Hugh L. Marshall, MO Bar #39193
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 telecopier
jdaniels@mcdowellrice.com
mgorman@mcdowellrice.com
hmarshall@mcdowellrice.com

ATTORNEYS FOR THE CALLAWAY BANK

THOMPSON COBURN LLP

By: */s/ Mike W. Bartolacci*
Mike W. Bartolacci, MO Bar #35441
Matthew J. Landwehr, MO Bar #51945
Brian A. Lamping, MO Bar #61054
One US Bank Plaza
505 North 7th Street
Saint Louis, MO 63101
(314) 552-6000 telephone
(314) 552-7000 telecopier
mbartolacci@thompsoncoburn.com
mlandwehr@thompsoncoburn.com
blamping@thompsoncoburn.com

ATTORNEYS FOR BANK OF THE WEST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was filed with the court using the ECF system this 1st day of April, 2014 with notice being sent to those parties requesting electronic notification.

*/s/ Hugh L. Marshall*

4750850-1